# United States District Court
# For The Western District of North Carolina
# Statesville Division

WILLIAM LARNELL ECKLES, JR.,

       Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　CASE NO. 5:12CV70-1-V

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2012, Order.

                              Signed: July 9, 2012

                              Frank G. Johns, Clerk
                              United States District Court